**Order entered June 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00730-CV

### TFHSP SERIES LLC, SERIES 03, Appellant

### V.

### MIDFIRST BANK, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-11478-L

## ORDER

We **GRANT** appellant's June 6, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed in the trial court on June 5, 2014 is deemed timely for jurisdictional purposes.

/s/     ADA BROWN
        JUSTICE